# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael H. Dobosz,<br><br>    Plaintiff,<br><br>v.<br><br>Cascade Capital LLC, et al.,<br><br>    Defendants. | No. CV-15-00588-TUC-EJM<br><br>**ORDER** |

  Plaintiff and Defendants having stipulated to dismissal of this action with prejudice (Doc. 14), and good cause appearing,

  **IT IS HEREBY ORDERED** dismissing this action with prejudice, each party to bear its own attorney's fees and costs. The Clerk shall close its file on this matter.

  Dated this 18th day of February, 2016.

_____
Eric J. Markovich
United States Magistrate Judge